

**Jane T. CHRISTENSEN, Appellant,**

v.

**Sean Oliver CHRISTENSEN, an Infant,
et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Bullitt Circuit Court; Charles R. Richardson, Judge.

James F. Milliman, Givhan & Porter, Shepherdsville, for appellant.

Burlyn Pike, C. V. Sanders, Shepherdsville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Jessie Hayward GRIMES, Appellant,**

v.

**Mary Margaret GRIMES, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Hardin Circuit Court; J. Howard Holbert, Judge.

James T. Kelley, Elizabethtown, for appellant.

Paul M. Lewis, Elizabethtown, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**James H. HENDRON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Fayette Circuit Court; N. Mitchell Meade, Judge.

James H. Hendron, pro se.

Ed Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**BOARD OF EDUCATION OF RUSSELL COUNTY, Ky., et al., Appellants,**

v.

**Frank K. BARNES, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Russell Circuit Court; Frank R. Goad, Judge.

Arthur L. Brooks, Lexington, for appellants.

Robert L. Wilson, W. Elijah Coffey, Jack B. Miller, Jamestown, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.